SINNOTT, DITO, MOURA & PUEBLA, P.C.
W. David Campagne, #111372 (dcampagne@sdmp.com)
David W. Yount, #084214 (dyount@sdmp.com)
555 Montgomery Street, Suite 720
San Francisco, California 94111-3910
Tel.: (415) 352-6200; Fax: (415) 352-6224

Attorneys for Defendant AIU INSURANCE COMPANY

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| R.L. CHAIDES CONSTRUCTION COMPANY, INC. and KATHLEEN CHAIDES,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AIU INSURANCE COMPANY, a New York Corporation, and DOES 1 through 50, inclusive,<br><br>　　　　Defendants. | CASE NO.　C 05 4862 MJJ<br><br>**STIPULATION TO CONTINUE CASE MANAGEMENT CONFERENCE; [PROPOSED] ORDER CONTINUING CASE MANAGEMENT CONFERENCE**<br><br><br>**Hon. Martin J. Jenkins** |

　　　Plaintiffs R.L. Chaides Construction Company, Inc. and Kathleen Chaides, by and through their counsel Alan L. Martini, Sheurman, Martini & Tabari, and Defendant AIU Insurance Company, by and through its counsel David W. Yount, Sinnott, Dito, Moura & Puebla, P.C., do hereby stipulate that the telephonic Case Management Conference presently scheduled for Tuesday, March 14, 2006, at 2:00 p.m., may be continued to

/ / /

/ / /

/ / /

/ / /

1  Tuesday, March 21, 2006, at 1:45 p.m.  Plaintiffs' counsel shall initiate the necessary
2  telephone call.

4  Dated:  March 1, 2006                    SHEURMAN, MARTINI & TABARI

6                                           By: /s/_____

8  DATED: March 1, 2006                     SINNOTT, DITO, MOURA & PUEBLA, P.C.

11                                          By: /s/_____
                                                DAVID W. YOUNT
12                                              Attorneys for AIU INSURANCE COMPANY

**IT IS SO ORDERED**

15  DATED:  March __6__, 2006              _____
                                            Hon. MARTIN J. JENKINS

SINNOTT, DITO, MOURA & PUEBLA, P.C.
555 MONTGOMERY STREET, SUITE 720
SAN FRANCISCO, CALIFORNIA 94111-3910
TEL (415) 352-6200 • FAX (415) 352-6224